```
_____ FILED           _____ RECEIVED
_____ ENTERED         _____ SERVED ON
                       COUNSEL/PARTIES OF RECORD

          JAN 3 0 2013

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUNIOR TORRES, #1047102 | )<br>)<br>) |
| Plaintiff, | )  3:13-cv-00014-RCJ-WGC<br>) |
| vs. | )  **ORDER**<br>) |
| JEREMAH JOHNSON, *et al.*, | )<br>) |
| Defendants. | )<br>/ |

Plaintiff has submitted a *pro se* civil rights complaint. However, his application to proceed *in forma pauperis* is incomplete; the Financial Certificate is incomplete and is not signed by an authorized officer, and he has failed to include his institutional account statements. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, including the institutional account statement, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the complaint (ECF #1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 29th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE